UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Kathleen M. Efflandt,<br><br>        Plaintiff,<br>  v.<br><br>Mortgage Electronic Registration Systems, Inc.; America's Wholesale Lender; and The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT Inc., Alternative Loan Trust 2006-28CB, Mortgage Pass Through Sertificates, Series 2006-28CB,<br><br>        Defendants. | Civil Action No. 1:12-cv-0020-M-DLM |

## NOTICE OF APPEARANCE

Now comes Harris K. Weiner, Esq., to enter his appearance on behalf of Mortgage Electronic Registration Systems, Inc and America's Wholesale Lender in the above-referenced action.

Respectfully submitted,

/s/ Harris K. Weiner
Harris K. Weiner #3779
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street, Suite 301
Providence, RI 02903
Office:  401-274-0300
Fax:  401-453-0073
hweiner@smsllaw.com

DATED:  February 17, 2012

## **CERTIFICATE OF SERVICE**

      I, Harris K. Weiner, hereby certify that on February 17, 2012, a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to Corey Allard, Esq. and George Babcock, Esq., 574 Central Ave., Pawtucket, RI 02861.

                                                      /s/ Harris K. Weiner
                                                       Harris K. Weiner